ANNE M. SU, SBN 297985
HOMELESS ACTION CENTER
2601 San Pablo Avenue
Oakland, CA 94612
Phone: (510) 695-2260 x. 304
Fax: (510) 858-7867
asu@homelessactioncenter.org

Attorney for Plaintiff

STEPHANIE HINDS
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (510) 970-4830
Fax: (415) 744-0134
E-mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KEAN, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 5:20-cv-03236-SVK <br><br> STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND NINE HUNDRED AND FORTY DOLLARS AND NINETEEN CENTS

($1,940.19). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of one thousand nine hundred and forty dollars and nineteen cents ($1,940.19) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the government will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the government shall cause the payment of fees and costs to be made directly to Plaintiff's counsel, Anne Su, pursuant to the assignment executed by Mr. Kean (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: July 13, 2021

                                                         /s/ Anne Marie Su
                                                         ANNE MARIE SU
                                                         Attorney for Plaintiff Michael Kean

Date: July 13, 2021

STEPHANIE HINDS
Acting United States Attorney

By: /s/ *Marla Kendall Letellier*
MARLA KENDALL LETELLIER
Special Assistant United States Attorney
* by email authorization 07/13/2021

Attorneys for Defendant

ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of ONE THOUSAND NINE HUNDRED AND FORTY DOLLARS AND NINETEEN CENTS ($1,940.19) as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 15, 2021

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge